Corey WADE, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 104998

Missouri Court of Appeals,
Eastern District,
**DIVISION TWO.**

Filed: June 20, 2017

Lisa M. Stroup, 1010 Market St. Ste. 1100, St. Louis, MO 63101, For Movant/Appellant.

Christine K. Lesicko, PO Box 899, Jefferson City, MO 65102, For Defendant/Respondent.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

### ORDER

PER CURIAM.

Corey Wade ("Movant") appeals the motion court's denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. After examining the entire record, we find the motion court's findings of fact and conclusions of law are not clearly erroneous, as the record clearly refutes Movant's claim that he did not knowingly and voluntarily enter his guilty plea due to ineffective assistance of his plea counsel.

No jurisprudential purpose would be served by a written opinion. However, we

have provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).